UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HENRY M. JAGOS,

    Plaintiff,

v.

BUCKLES & BUCKLES, P.L.C.,
BETSY S. WILSHERE,
JASON R. SIMS, and
ASHLEY A. KAJY,

    Defendants.
_____/

Case No: 2:24-10123

Honorable Nancy G. Edmunds
Magistrate Judge Anthony P. Patti

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S MAY 1, 2024 REPORT AND RECOMMENDATION [13]**

This is a pro se lawsuit filed by Plaintiff Henry M. Jagos against Defendants Buckles & Buckles, P.L.C., Betsy S. Wilshere, Jason R. Sims, and Ashley A. Kajy. (ECF No. 1.) The case has been referred to Magistrate Judge Anthony P. Patti for all pretrial matters. (ECF No. 9.) Before the Court is the Magistrate Judge's report and recommendation to (1) dismiss Plaintiff's Federal Debt Collection Practices Act ("FDCPA") claim pursuant to Federal Rule of Civil Procedure 12(b)(6); (2) decline to exercise supplemental jurisdiction over Plaintiff's Michigan state law claim; and dismiss the cause of action without prejudice to refiling it in state court; and (3) close this case. (ECF No. 13.) Plaintiff has not filed objections to the Magistrate Judge's report and recommendation. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, No. 09-10933, 2012 WL 3639070 at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140,

1

149 (1985)). The Court has nevertheless reviewed the matter and agrees with the Magistrate Judge. Therefore, the Court ACCEPTS AND ADOPTS the Magistrate Judge's report and recommendation. (ECF No. 13.) Accordingly, Plaintiff's FDCPA claim (Count I) is DISMISSED, the Court declines to exercise supplemental jurisdiction over Plaintiff's Michigan state law claim, and Plaintiff's Michigan state law claim (Count II) is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

        s/ Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: July 29, 2024

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 29, 2024, by electronic and/or ordinary mail.

        s/ Marlena Williams
        Case Manager